THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISON

| | |
|---|---|
| SANDRA MAIMBOURG and ROBERT MAIMBOURG, <br><br> Plaintiffs, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., and Does 1-20, <br><br> Defendants. | NO.: 3:15-CV-05259-BHS <br><br> **STIPULATION AND ORDER TO MODIFY ORDER SETTING JURY TRIAL AND PRETRIAL DATES** |

COME NOW Plaintiff Sandra Maimbourg and Defendant Home Depot USA, Inc. (collectively "the Parties"), by and through their undersigned counsel of record, and stipulate to the modification of the Order Setting Jury Trial and Pretrial Dates (Dkt. No. 15) only as to the following dates:

| | |
|---|---|
| Expert Disclosure Deadline | September 19, 2016 |
| Rebuttal Expert Deadline | October 14, 2016 |
| All motions related to discovery must be filed by | October 28, 2016 |
| Discovery completed by | November 4, 2016 |
| All dispositive motions must be filed by | November 16, 2016 |

///

1

STIPULATION AND ORDER TO MODIFY
ORDER SETTING JURY TRIAL AND PRETRIAL
DATES (Cause No. 3:15-CV-05259-BHS)

NELLERMOE WRENN, PLLC
Two Union Square
601 Union Street, Suite 5305
Seattle, Washington 98101
(206) 395-7630

1  ///

2  All other deadlines and dates set forth in the Order Setting Jury Trial and Pretrial Dates remain
3  as previously set.

4  DATED this 10th day of August, 2016.

5  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

6  NELLERMOE WRENN PLLC                    LAW OFFICES OF MARSHALL SILBERBERG

8  By ___/s/*Michael R. Wrenn*___          By ___/s/*Marshall Silberberg*___
      Michael R. Wrenn, WSBA #11217             Marshall Silberberg, CA Bar #58303

10 By ___/s/*David R. Spence*___           By ___/s/*Kimberly A. Carasso*___
      David R. Spence, WSBA #24370              Kimberly A. Carasso, CA Bar #185110
11    Attorneys for Plaintiff                   Attorneys for Plaintiff *Pro Hac Vice*

13 SCHEER & ZEHNDER LLP

15 By ___/s/ *Dennis G. Woods*___
      Dennis G. Woods, WSBA #28713

17 By ___/s/ *Natasha A. Khactatourians*___
      Natasha A. Khactatourians, WSBA #42685
18    Attorneys for Defendant, Home Depot
      USA, Inc.

20 **APPROVED AND SO ORDERED.**

21 DATED this ___ day of August, 2016.

23                                         Honorable Benjamin H. Settle

26                                    2

STIPULATION AND ORDER TO MODIFY
27 ORDER SETTING JURY TRIAL AND PRETRIAL
   DATES (Cause No. 3:15-CV-05259-BHS)                    NELLERMOE WRENN, PLLC
28                                                            Two Union Square
                                                         601 Union Street, Suite 5305
                                                         Seattle, Washington 98101
                                                              (206) 395-7630